# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PAUL AND CYNTHIA WOODS,
INDIVIDUALLY AND AS TUTORS
FOR THE MINOR CHILD, CONOR
WOODS

VERSUS

ST. TAMMANY PARISH PARKS AND
RECREATION DEPARTMENT AND
ST. TAMMANY PARISH
RECREATION DISTRICT 11 AND
ABC INSURANCE COMPANY

NO.   2019 CW 0387

**AUG 0 5 2019**

---

In Re:   St. Tammany Parish Recreation District 11, United
States Fire Insurance Company, Lisa Palisi, and
Lyndsey Whitmer, applying for supervisory writs, 22nd
Judicial District Court, Parish of St. Tammany, No.
201715223.

---

BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.

   **WRIT   DENIED.**   The   criteria   set   forth   in   **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,**
396 So.2d 878 (La. 1981) (*per curiam*) are not met.

**JMM**
**WRC**


   **Theriot, J.,** concurs and would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

<u>    Venti Vinyard    </u>
DEPUTY CLERK OF COURT
FOR THE COURT